# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 7, 2025

### NO. 03-23-00263-CV

**Appellants, Quantum Plus, LLC; and Lonestar Hospital Medicine Associates, P.A.// Cross-Appellant, Hospital Internists of Austin, P.A.,**

**v.**

**Appellees, Hospital Internists of Austin, P.A.; Hospital Internists of Texas; and Texas APN, LLC// Cross-Appellees, Quantum Plus, LLC; and Lonestar Hospital Medicine Associates, P.A.**

---

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED IN PART; REVERSED AND RENDERED IN PART –
OPINION BY JUSTICE KELLY**

---

This is an appeal from the final judgment signed by the trial court on January 31, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the judgment awarding Texas APN, LLC damages of $700,000 for conspiracy to interfere with its contracts with seven nurse practitioners. Therefore, the Court reverses that portion of the trial court's final judgment and renders judgment that Texas APN, LLC shall recover $354,561 for the interference with those contracts. The Court further holds that there was reversible error in the portion of the judgment awarding Hospital Internists of Texas $1,200,000 for conspiracy to interfere with its contracts with six physicians. Therefore, the Court reverses

that portion of the trial court's final judgment and renders judgment that Hospital Internists of Texas shall recover $340,565 for the interference with those contracts. The remainder of the trial court's final judgment is affirmed. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.